UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIQUIDIA TECHNOLOGIES, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION; ROBERT M. CALIFF, M.D., in his official capacity as Commissioner of Food and Drugs; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; and XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services,<br><br>*Defendants*. | Case No. 1:24-cv-02428-JDB |

### DECLARATION OF SONIA W. NATH IN SUPPORT OF PLAINTIFF LIQUIDIA TECHNOLOGIES, INC.'S MOTION FOR PRELIMINARY INJUNCTION

I, Sonia W. Nath, declare and state as follows:

1. I am a partner with the law firm Cooley LLP, admitted to the bar of the United States District Court for the District of Columbia. I am counsel for Plaintiff Liquidia Technologies, Inc. ("Liquidia"), in the above-captioned matter. In this capacity, I have knowledge of the facts stated herein. I submit this declaration in support of Liquidia's Motion for Preliminary Injunction.

2. Attached hereto as **Exhibit A** is a true and correct copy of FDA's decision to grant new clinical investigation exclusivity to Tyvaso DPI NDA 213005, which Liquidia received from FDA on August 16, 2024 (the "Exclusivity Decision").

3. Attached hereto as **Exhibit B** is a true and correct excerpted copy of Defendant Food and Drug Administration's ("FDA") letter from Norman Stockbridge to Liquidia dated August 16, 2024, tentatively approving Yutrepia's NDA 213005. This copy excludes the

tentatively approved labeling that FDA attached for Yutrepia to this letter.

4. Attached hereto as **Exhibit C** is a true and correct copy of FDA's letter from Norman Stockbridge to United Therapeutics Corporation dated May 23, 2022, approving Tyvaso DPI's NDA, available at https://accessdata.fda.gov/drugsatfda_docs/appletter/2022/214324Orig1s000ltr.pdf.

5. Attached hereto as **Exhibit D** is a true and correct excerpted copy of FDA's letter from Norman Stockbridge to Liquidia dated November 4, 2021, tentatively approving Yutrepia's NDA 213005. This copy excludes the tentatively approved labeling that FDA attached for Yutrepia to this letter.

6. Attached hereto as **Exhibit E** is a true and correct copy of documents received by Liquidia from FDA pursuant to a Freedom of Information Act request dated June 1, 2022, which includes FDA's exclusivity summary memorandum for Tyvaso DPI dated May 23, 2022, signed by Brian Cooney and Norman Stockbridge.

7. Attached hereto as **Exhibit F** is a true and correct copy of FDA's clinical review and decisional memorandum for Tyvaso DPI's NDA, available at https://accessdata.fda.gov/drugsatfda_docs/nda/2022/214324Orig1s000MedR.pdf.

8. Attached hereto as **Exhibit G** is a true and correct copy of Leslie A. Spikes *et al.*, BREEZE: Open-Label Clinical Study to Evaluate the Safety and Tolerability of Treprostinil Inhalation Powder as Tyvaso DPI™ in Patients with Pulmonary Arterial Hypertension dated April 7, 2022 (the "BREEZE Study"), available at https://ncbi.nlm.nih.gov/pmc/articles/PMC9063953/pdf/PUL2-12-e12063.pdf.

9. Attached hereto as **Exhibit H** is a true and correct copy of the BREEZE Study on ClinicalTrials.gov titled Open-Label, Clinical Study to Evaluate the Safety and Tolerability of

TreT in Subjects With PAH Currently Using Tyvaso (BREEZE) last updated January 24, 2024, available at https://clinicaltrials.gov/study/NCT03950739.

10. Attached hereto as **Exhibit I** is a true and correct copy of FDA's letter from Alexis Childers to Liquidia dated September 22, 2023, acknowledging Liquidia's NDA 213005 amendment submission.

11. Attached hereto as **Exhibit J** is a true and correct copy of the FDA's letter from Renata Albrecht to Veloxis Pharmaceuticals, Inc. dated January 12, 2015, regarding FDA's decision to grant NCI exclusivity to Astagraf XL, available on pages 64–116 at https://accessdata.fda.gov/drugsatfda_docs/nda/2015/206406Orig1s000AdminCorres.pdf.

12. Attached hereto as **Exhibit K** is a true and correct copy of the FDA's letter from Kathleen Uhl to Teva Pharmaceutical Industries Ltd. regarding FDA's interpretation of the scope of exclusivity for Plan B One-Step dated February 25, 2014, available at https://hbw.citeline.com/-/media/pmbi-old-site/supporting-documents/the-tan-sheet/22/9/140303_fda_pbos_anda_letter.pdf.

13. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 27th day of August 2024.

                                         */s/ Sonia W. Nath*
                                         Sonia W. Nath (DC Bar No. 977095)
                                         COOLEY LLP
                                         1299 Pennsylvania Ave., NW, Suite 700
                                         Washington, DC 20004-2400
                                         Telephone: (202) 842-7800
                                         Facsimile: (202) 842-7899
                                         snath@cooley.com

                                         *Counsel for Plaintiff Liquidia*
                                         *Technologies, Inc.*