# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIQUIDIA TECHNOLOGIES, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION; ROBERT M. CALIFF, M.D., in his official capacity as Commissioner of Food and Drugs; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; and XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services,<br><br>*Defendants*. | Case No. 1:24-cv-02428-JDB |

## [PROPOSED] ORDER

Upon consideration of Plaintiff Liquidia Technologies, Inc.'s ("Liquidia") Motion for a Preliminary Injunction ("Motion"), it is hereby ORDERED that Liquidia's Motion is GRANTED.

It is ORDERED that Defendants set aside their decision granting three-year new clinical investigation exclusivity to Tyvaso DPI; and it is further

ORDERED that Defendants grant full and immediate approval of Yutrepia's new drug application.

SO ORDERED.

Dated: _____  _____
The Honorable John D. Bates
United States District Judge