Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LIQUIDIA TECHNOLOGIES, INC.

        Plaintiff

    vs.

UNITED STATES FOOD AND DRUG ADMINISTRATION, ET AL

        Defendant

Civil No.   24-2428   (TJK)

Category   E

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on  8/28/24  from  Judge John D. Bates

to  Judge Timothy J. Kelly  by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case Management Committee

cc:  Judge John D. Bates  & Courtroom Deputy
    Judge Timothy J. Kelly  & Courtroom Deputy
Liaison, Calendar and Case Management Committee