UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIQUIDIA TECHNOLOGIES, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION; ROBERT M. CALIFF, M.D., in his official capacity as Commissioner of Food and Drugs; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; and XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, <br><br> *Defendants*. | Case No. 1:24-cv-02428-TJK |

**JOINT MOTION FOR ENTRY OF SCHEDULING ORDER AND
TO CONSOLIDATE MOTION FOR PRELIMINARY INJUNCTION
WITH CROSS-MOTIONS FOR SUMMARY JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 6(b) and 65, and Local Civil Rules 7 and 65.1, Plaintiff Liquidia Technologies, Inc. ("Liquidia" or "Plaintiff") and Defendants United States Food and Drug Administration, Robert M. Califf, M.D., in his official capacity as Commissioner of Food and Drugs, United States Department of Health and Human Services, and Xavier Becerra, in his official capacity as Secretary of Health and Human Services ("Defendants") jointly move for the entry of an order consolidating Plaintiff's pending motion for a preliminary injunction with the parties' forthcoming cross-motions for summary judgment and adopting the following case schedule, which will facilitate efficient resolution of this case:

- Defendants shall produce the Administrative Record and file a certified index to the Administrative Record no later than **September 13, 2024**.

- Plaintiff shall file its combined motion for summary judgment and for a preliminary injunction no later than **September 24, 2024**.

- Defendants shall file their combined (a) cross-motion for summary judgment and (b) opposition to Plaintiff's motion for summary judgment and for a preliminary injunction no later than **October 15, 2024**. This deadline is equally applicable to any Intervenor-Defendant.

- Plaintiff shall file its combined (a) reply in support of its motion for summary judgment and for a preliminary injunction and (b) opposition to Defendants' cross-motion for summary judgment no later than **October 30, 2024**. Contemporaneously, Plaintiff shall serve on Defendants, including any Intervenor-Defendant, a draft Joint Appendix containing materials from the Administrative Record relied upon by the parties in their filed briefs.

- Defendants shall file their reply in support of their cross-motion for summary judgment no later than **November 14, 2024**. Contemporaneously, Defendants shall serve on all parties any additional materials from the Administrative Record relied upon in their reply. This deadline is equally applicable to any Intervenor-Defendant.

- The parties shall file a Joint Appendix containing the portions of the Administrative Record relied upon by any party no later than **November 15, 2024**.

The parties will be available for oral argument at the Court's earliest convenience following the close of briefing, except for November 27 through November 29, 2024.

Dated:   August 30, 2024

OF COUNSEL:

SAMUEL R. BAGENSTOS
General Counsel
U.S. Department of Health and Human Services

WENDY VICENTE
Deputy Chief Counsel, Litigation

MARK RAZA
Chief Counsel

DANLI SONG
Associate Chief Counsel
Office of the Chief Counsel
Food and Drug Administration
10903 New Hampshire Ave.
White Oak Building 31
Silver Spring, MD 20993-002

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BURDEN H. WALKER
Acting Deputy Assistant Attorney General

AMANDA N. LISKAMM
Director

LISA K. HSIAO
Senior Deputy Director

HILARY K. PERKINS
Assistant Director

*/s/ Noah T. Katzen*
NOAH T. KATZEN (D.C. Bar No. 1006053)
Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC  20044-0386
(202) 305-2428
(202) 514-8742 (fax)
noah.t.katzen@usdoj.gov

*Counsel for Defendants*

*/s/ Sonia W. Nath*
SONIA W. NATH (DC Bar No. 977095)
DAVID E. MILLS (DC Bar No. 401979)
ROBBY L.R. SALDAÑA (DC Bar No. 1034981)
MATT K. NGUYEN (DC Bar No. 1736777)
Cooley LLP
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC  20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
snath@cooley.com
dmills@cooley.com
rsaldana@cooley.com
mnguyen@cooley.com

KATHLEEN R. HARTNETT (DC Bar No. 483250)
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
khartnett@cooley.com

*Counsel for Plaintiff Liquidia Technologies, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIQUIDIA TECHNOLOGIES, INC., *Plaintiff*, v. UNITED STATES FOOD AND DRUG ADMINISTRATION; ROBERT M. CALIFF, M.D., in his official capacity as Commissioner of Food and Drugs; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; and XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *Defendants*. | Case No. 1:24-cv-02428-TJK |

**[PROPOSED] ORDER**

Pursuant to the parties' agreement, it is ORDERED that Plaintiff Liquidia Technologies, Inc.'s motion for a preliminary injunction be consolidated with the parties' forthcoming cross-motions for summary judgment. It is further ORDERED that the parties shall adhere to the following agreed-upon schedule:

- Defendants shall produce the Administrative Record and file a certified index to the Administrative Record no later than **September 13, 2024**.

- Plaintiff shall file its combined motion for summary judgment and for a preliminary injunction no later than **September 24, 2024**.

- Defendants shall file their combined (a) cross-motion for summary judgment and (b) opposition to Plaintiff's motion for summary judgment and for a preliminary

- injunction no later than **October 15, 2024**. This deadline is equally applicable to any Intervenor-Defendant.

- Plaintiff shall file its combined (a) reply in support of its motion for summary judgment and for a preliminary injunction and (b) opposition to Defendants' cross-motion for summary judgment no later than **October 30, 2024**. Contemporaneously, Plaintiff shall serve on Defendants, including any Intervenor-Defendant, a draft Joint Appendix containing materials from the Administrative Record relied upon by the parties in their filed briefs.

- Defendants shall file their reply in support of their cross-motion for summary judgment no later than **November 14, 2024**. Contemporaneously, Defendants shall serve on all parties any additional materials from the Administrative Record relied upon in their reply. This deadline is equally applicable to any Intervenor-Defendant.

- The parties shall file a Joint Appendix containing the portions of the Administrative Record relied upon by any party no later than **November 15, 2024**.

DATE: _____

_____
HON. TIMOTHY J. KELLY
United States District Judge