**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LIQUIDIA TECHNOLOGIES, INC., *Plaintiff*, v. UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*, *Defendants*, and UNITED THERAPEUTICS CORPORATION *Intervenor-Defendant.* | Case No. 1:24-cv-02428-TJK |

## NOTICE OF FILING OF PROOF OF SERVICE

Plaintiff Liquidia Technologies, Inc., through its undersigned counsel respectfully submits the attached Declaration of Service as proof that service of process has been effected on the following Defendants: United States Food and Drug Administration, Robert M. Califf, M.D., in his official capacity as Commissioner of Food and Drugs, United States Department of Health and Human Services, and Xavier Becerra, in his official capacity as Secretary of Health and Human Services, in the above-captioned matter.

2

Dated: September 16, 2024 Respectfully submitted,

By: */s/ Sonia W. Nath*
Sonia W. Nath (DC Bar No. 977095)
David E. Mills (DC Bar No. 401979)
Robby Saldaña (DC Bar No. 1034981)
Matt K. Nguyen (DC Bar No. 1736777)
COOLEY LLP
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
snath@cooley.com
dmills@cooley.com
rsaldana@cooley.com
mnguyen@cooley.com

Kathleen R. Hartnett (DC Bar No. 483250)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
khartnett@cooley.com

*Counsel for Plaintiff Liquidia Technologies, Inc.*