# **CERTIFICATE**

Pursuant to the provisions of Rule 44 of the Federal Rules of Civil Procedure, I hereby certify that Robert Herrell, Regulatory Counsel, Division of Information Disclosure Policy, Office of Regulatory Policy, Center for Drug Evaluation and Research, United States Food and Drug Administration, whose Declaration is attached, has custody of the records relating to human drugs on file with the United States Food and Drug Administration.

In witness whereof, I have, pursuant to the provisions of Title 42, United States Code, Section 3505, and FDA Staff Manual Guide 1410.23, hereto set my hand and cause the seal of the Department of Health and Human Services to be affixed this 13th day of September, 2024.

*Howard R. Philips*

Howard Philips
Director
Division of Information Disclosure Policy
Center for Drug Evaluation and Research
United States Food and Drug Administration

By Direction of the Secretary of
Health and Human Services



## **DECLARATION OF ROBERT HERRELL**

Robert Herrell declares as follows.

1. I am a Regulatory Counsel in the Division of Information Disclosure Policy, Office of Regulatory Policy, Center for Drug Evaluation and Research, United States Food and Drug Administration (FDA).

2. In this capacity, I have custody of certain records relating to human drugs on file with FDA.

3. Attached is a copy of the Index of Administrative Record for *Liquidia Technologies, Inc v. United States Food and Drug Administration, et al.*, Civil Action No. 24-2428 (TJK) (D.D.C.).

4. Each of the documents referred to in paragraph 3 is part of the official records of FDA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 13, 2024

                                                              _____
                                                              Robert Herrell

**Index of Administrative Record**
*Liquidia Technologies, Inc. v. United States Food and Drug Administration et al.*
**Civ. Action No. 24-2428 (TJK) (D.D.C.)**

| Date | Contains CCI | Document Description | Bates Range |
|---|---|---|---|
| | | **Correspondence with Liquidia regarding Exclusivity** | |
| 07/15/2021 | X | Letter from Liquidia to FDA re: Request to Deny or Limit Three-Year Exclusivity for Tyvaso DPI | FDA-000001-000019 |
| | | Exhibit 1: Letter from FDA to Veloxis Pharmaceuticals, Inc. re: 3-year Exclusivity for Astagraf XL | FDA-000020-000072 |
| | | Exhibit 2: Memorandum from CDER Exclusivity Board re: Whether the 3-year Exclusivity for Dyanavel XR (NDA 208147) or Mydayis (NDA 022063) Blocks the Approval of Adzenys ER (NDA 204325) | FDA-000073-000090 |
| | | Exhibit 3: Letter from FDA to Braeburn, Inc. re: 3-year Exclusivity for Sublocade, on Remand from D.D.C. | FDA-000091-000127 |
| | | Exhibit 4: Tyvaso Labeling | FDA-000128-000143 |
| | | Exhibit 5: UTC's April 19, 2021 Press Release | FDA-000144-000148 |
| | | Exhibit 6: UTC's June 16, 2021 Press Release | FDA-000149-000154 |
| | | Exhibit 7: UTC's January 28, 2021 Press Release | FDA-000155-000160 |
| | | Exhibit 8: Exclusivity Summary for Orkambi Oral Granules (NDA 211358) | FDA-000161-000169 |
| | | Exhibit 9: NDA 211358, NDA Approval Letter | FDA-000170-000174 |
| | | Exhibit 10: NDA 022522/S-009, Supplement Approval Letter | FDA-000175-000180 |
| | | Exhibit 11: Letter from FDA to Braeburn, Inc. re: 3-year Exclusivity for Sublocade | FDA-000181-000218 |
| | | Exhibit 12: Memorandum from CDER Exclusivity Board re: Whether the 3-year Exclusivity for Xyosted (NDA 209863) Blocks the Approval of Jatenzo (NDA 206089) | FDA-000219-000234 |
| | | Exhibit 13: Excerpt from Orange Book (30th ed. 2010) | FDA-000235-000238 |
| | | Exhibit 14: Afrezza Labeling | FDA-000239-000265 |
| | | Exhibit 15: UTC's Presentation re: Technosphere Drug Delivery Platform | FDA-000266-000282 |
| 07/25/2022 | X | Letter from Liquidia to FDA re: Supplement to July 15, 2021, Request to Deny or Limit Three-Year Exclusivity for Tyvaso DPI | FDA-000283-000292 |
| | | Exhibit 1: NDA 214324 Clinical Reviews | FDA-000293-000337 |
| | | Exhibit 2: NDA 214324 Cross-Discipline Team Leader Review | FDA-000338-000345 |
| | | Exhibit 3: NDA 214324 Regulatory Project Manager Review | FDA-000346-000354 |
| | | Exhibit 4: NDA 214324 Division of Cardiology and Nephrology Divisional Memorandum | FDA-000355-000357 |
| | | Exhibit 5: Tyvaso DPI Labeling | FDA-000358-000375 |
| | | Exhibit 6: Tyvaso Labeling | FDA-000376-000392 |
| | | Exhibit 7: NDA 214324 Administrative and Correspondence Documents | FDA-000393-000407 |

1

**Index of Administrative Record**
*Liquidia Technologies, Inc. v. United States Food and Drug Administration et al.*
**Civ. Action No. 24-2428 (TJK) (D.D.C.)**

|  |  |  |  |
|---|---|---|---|
|  |  | Exhibit 8: Yutrepia Proposed Labeling (Rev. 01/2022) | FDA-000408-000412 |
| 08/16/2024 |  | Letter from FDA to Liquidia re: 3-year Exclusivity for Tyvaso DPI | FDA-000413-000452 |
|  |  | **Exclusivity Summary Forms, Exclusivity Board Memorandum, and Exclusivity Eligibility Evaluation** |  |
| 05/23/2022 |  | Original Exclusivity Summary | FDA-000453-000459 |
| 08/13/2024 | X | Memorandum from CDER Exclusivity Board re: Eligibility of Tyvaso DPI (NDA 214324) for 3-year Exclusivity and Impact on Approval of Yutrepia (NDA 213005) | FDA-000460-000497 |
| 08/14/2024 |  | Superseding Exclusivity Summary | FDA-000498-000504 |
| 08/14/2024 | X | Orange Book's Exclusivity Eligibility Evaluation | FDA-000505-000562 |
|  |  | **References in August 13, 2024 Exclusivity Board Memorandum** |  |
|  |  | **Documents related to Liquidia's Citizen Petition** |  |
| 07/08/2021 |  | Citizen Petition from Liquidia (Docket No. FDA-2021-P-0714) | FDA-000563-000581 |
| 05/23/2022 |  | FDA Response to Liquidia's Citizen Petition (Docket No. FDA-2021-P-0714) | FDA-000582-000596 |
|  |  | **Labeling Documents** |  |
| 11/2020 |  | Orenitram Labeling | FDA-000597-000619 |
| 05/2022 |  | Tyvaso DPI Labeling | FDA-000620-000636 |
| 05/2022 |  | Tyvaso Labeling | FDA-000637-000652 |
| 02/2023 |  | Afrezza Labeling | FDA-000653-000684 |
|  |  | **Tyvaso DPI Documents** |  |
| 07/28/2017 | X | PIND 134582 Type B Pre-IND Meeting Minutes | FDA-000685-000698 |
| 10/09/2018 | X | IND 134582 Clinical Study Report (MKC-475-001) | FDA-000699-000758 |
| 03/24/2021 | X | IND 134582 Clinical Study Report (TIP-PH-101) | FDA-000759-000835 |
| 09/23/2021 | X | NDA 214324 Office of Clinical Pharmacology Review | FDA-000836-000868 |
| 09/23/2021 | X | NDA 214324 Clinical Review | FDA-000869-000906 |
| 10/14/2021 | X | NDA 214324 Cross-Discipline Team Leader Review | FDA-000907-000912 |
| 10/14/2021 |  | NDA 214324 Division of Cardiology and Nephrology Divisional Memorandum | FDA-000913-000914 |
| 02/15/2022 |  | NDA 214324 Information Request | FDA-000915-000918 |
| 05/23/2022 |  | NDA 214324 Clinical/Decisional Memorandum | FDA-000919-000923 |
|  |  | **Guidance/Draft Guidance Documents** |  |
| 09/1998 |  | Guidance for Industry: E9 Statistical Principles for Clinical Trials | FDA-000924-000969 |
| 10/1999 |  | Draft Guidance for Industry: Applications Covered by Section 505(b)(2) | FDA-000970-000984 |
| 07/2018 |  | Draft Guidance for Industry: Indications and Usage Section of Labeling for Human Prescription Drug and Biological Products — Content and Format | FDA-000985-001004 |
| 02/2019 |  | Draft Guidance for Industry: Bioavailability Studies Submitted in NDAs or INDs — General Considerations | FDA-001005-001034 |
|  |  | **Miscellaneous Documents** |  |

**Index of Administrative Record**
*Liquidia Technologies, Inc. v. United States Food and Drug Administration et al.*
**Civ. Action No. 24-2428 (TJK) (D.D.C.)**

| | | | |
|---|---|---|---|
| 10/14/2003 | | Consolidated FDA Response to Citizen Petitions re: Section 505(b)(2) (Docket Nos. 2001P-0323/CP1 and C5, 2002P-0447/CP1, and 2003P-0408/CP1) | FDA-001035-001072 |
| 05/30/2006 | | FDA Response to Pfizer, Inc.'s Citizen Petition (Docket Nos. 2004P-0231/CP1 and SUP1, 2003P-0176/CP1 and EMC1, 2004P-0171/CP1, and 2004N-0355). | FDA-001073-001125 |
| 01/12/2015 | | Letter from FDA to Veloxis Pharmaceuticals, Inc. re: 3-year Exclusivity for Astagraf XL | FDA-001126-001178 |
| 10/02/2015 | | Exclusivity Summary for MorphaBond (NDA 206544) | FDA-001179-001187 |
| 11/16/2016 | X | Memorandum from CDER Exclusivity Board re: Scope of 3-year Exclusivity for MorphaBond (NDA 206544) | FDA-001188-001203 |
| 09/15/2017 | X | Memorandum from CDER Exclusivity Board re: Whether the 3-year Exclusivity for Dyanavel XR (NDA 208147) or Mydayis (NDA 022063) Blocks the Approval of Adzenys ER (NDA 204325) | FDA-001204-001220 |
| 11/07/2019 | | Letter from FDA to Braeburn, Inc. re: 3-year Exclusivity for Sublocade, on Remand from D.D.C. | FDA-001221-001256 |
| | | **Yutrepia Documents** | |
| 11/04/2021 | X | NDA 213005, Tentative Approval Letter | FDA-001257-001291 |
| 08/16/2024 | X | NDA 213005, Tentative Approval Letter | FDA-001292-001330 |