UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIQUIDIA TECHNOLOGIES, INC.,<br><br>         *Plaintiff*,<br><br> v.<br><br>FOOD AND DRUG<br>ADMINISTRATION, *et al.*,<br><br>         *Defendants*,<br>and<br><br>UNITED THERAPEUTICS<br>CORPORATION,<br><br>         *Defendant-*<br>         *Intervenor.* | No. 1:24-cv-02428-TJK |

**Notice of Certified Amended Index of Administrative Record**

Federal Defendants originally produced the administrative record and filed the certified index thereto on September 13, 2024. On September 30, 2024, FDA re-produced the document at FDA-001204 – FDA-001220 with certain redactions removed after obtaining consent from non-parties with confidential commercial information in this document. In accordance with the non-parties' request and the Protective Order entered in this case, Federal designated the re-produced, less-redacted document as HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY.

On October 10, 2024, at Plaintiff's request, Federal Defendants provided a separate Bates range for the re-produced version (FDA-001204A – FDA-001220A).

Accordingly, Federal Defendants file the attached certified Amended Index of Administrative Record containing an entry for the new Bates range. This amended index is otherwise the same as the original.

DATED: October 10, 2024                                    Respectfully submitted,

*/s/ Noah T. Katzen*
NOAH T. KATZEN
Trial Attorneys
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC  20044-0386
(202) 305-2428
(202) 514-8742 (fax)
Noah.T.Katzen@usdoj.gov