UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIQUIDIA TECHNOLOGIES, INC.,<br><br>    *Plaintiff*,<br><br>  v.<br><br>FOOD AND DRUG<br>ADMINISTRATION, *et al.*,<br><br>    *Defendants*,<br>and<br><br>UNITED THERAPEUTICS<br>CORPORATION,<br><br>    *Intervenor-Defendant*<br>    *and Cross-Claimant.* | No. 1:24-cv-02428-TJK |

**Federal Defendants' Cross-Motion for Summary Judgment**

Pursuant to Federal Rule of Civil Procedure 56, Defendants United States Food and Drug Administration, Robert M. Califf, United States Department of Health and Human Services, and Xavier Becerra respectfully move this Court for summary judgment. The grounds for this motion are fully set forth in an accompanying memorandum. And for the reasons set forth in that memorandum, Defendants also respectfully request that this Court deny Plaintiff's motion for summary judgment and renewed motion for a preliminary injunction.

A proposed order is attached.

Dated: October 15, 2024                               Respectfully submitted,

| | |
|---|---|
| Of Counsel: | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| SAMUEL R. BAGENSTOS<br>General Counsel<br>U.S. Department of Health and Human Services | BURDEN H. WALKER<br>Acting Deputy Assistant Attorney General |
| MARK RAZA<br>Chief Counsel | AMANDA L. LISKAMM<br>Director |
| WENDY VICENTE<br>Deputy Chief Counsel, Litigation | HILARY K. PERKINS<br>Assistant Director |
| DANLI SONG<br>Associate Chief Counsel<br>Office of the Chief Counsel<br>U.S. Food and Drug Administration<br>10903 New Hampshire Ave.<br>White Oak 31<br>Silver Spring, MD 20993-0002 | */s/ Noah T. Katzen*<br>NOAH T. KATZEN<br>Consumer Protection Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, DC  20044-0386<br>(202) 305-2428<br> (202) 514-8742 (fax)<br>Noah.T.Katzen@usdoj.gov |

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LIQUIDIA TECHNOLOGIES, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>*Defendants*,<br>and<br><br>UNITED THERAPEUTICS CORPORATION,<br><br>*Intervenor-Defendant and Cross-Claimant.* | No. 1:24-cv-02428-TJK |

## [Proposed] ORDER

Before the Court is Plaintiff's Renewed Motion for a Preliminary Injunction and Motion for Summary Judgment, Federal Defendants' Cross-Motion for Summary Judgment. Having the considered the motions, all memoranda filed in support thereof or in opposition thereto, and the administrative record, the Court GRANTS Federal Defendants' Cross-Motion for Summary Judgment and DENIES Plaintiff's Renewed Motion for a Preliminary Injunction and Motion for Summary Judgment.

SO ORDERED.

2

Dated: _____        _____
                                                                                            Hon. Timothy J. Kelly
                                                                                            United States District Judge

Case 1:24-cv-02428-TJK   Document 47   Filed 10/15/24   Page 4 of 4

2