## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIQUIDIA TECHNOLOGIES, INC.,<br><br>       *Plaintiff*,<br><br>  v.<br><br>FOOD AND DRUG<br>ADMINISTRATION, *et al.*,<br><br>       *Defendants*,<br>and<br><br>UNITED THERAPEUTICS<br>CORPORATION,<br><br>       *Intervenor-Defendant*<br>       *and Cross-Claimant.* | No. 1:24-cv-02428-TJK |

### Federal Defendants' Unopposed Motion to Stay Answer Deadline

Pursuant to Federal Rule of Civil Procedure 6 and Local Civil Rule 7, Federal Defendants United States Food and Drug Administration, Robert M. Califf, United States Department of Health and Human Services, and Xavier Becerra respectfully move this Court to stay their deadline to answer Plaintiff's Complaint until after the Court decides the parties' pending cross-motions for summary judgment. This is Federal Defendants' first such request. Granting this request will not affect any other deadlines. Through counsel, Plaintiff has informed Federal Defendants that it does not oppose this motion, and Intervenor-Defendant has informed Federal Defendants that it

takes no position on this motion. For the reasons set forth below, good cause exits to stay Federal Defendants' answer deadline.

1.      The United States Attorney for the District of Columbia was served in this matter on August 23, 2024. Accordingly, Federal Defendants' answer is currently due on October 22, 2024. *See* Fed. R. Civ. P. 12(a)(2).

2.      On August 30, 2024, Federal Defendants and Liquidia agreed upon, and the Court entered, a combined summary judgment and preliminary injunction briefing schedule. Pursuant to that schedule, Federal Defendants have served the administrative record and the parties have filed cross-motions for summary judgment based on that record. *See Coal. for Common Sense in Gov't Procurement v. United States*, 821 F. Supp. 2d 275, 280 (D.D.C. 2011) ("Summary judgment is the mechanism for deciding whether as a matter of law the agency action is supported by the administrative record and is otherwise consistent with the [Administrative Procedure Act] standard of review."). However, that schedule did not address Federal Defendants' deadline to file an answer.

3.      Because review under the APA is limited to the administrative record, *Camp v. Pitts*, 411 U.S. 138, 142 (1973), this Court can adjudicate the parties' pending cross-motions without FDA filing an answer. It is therefore most efficient to defer Federal Defendants' deadline to file their answer, as the Court has done in other cases. *See, e.g., Sun Pharma Advanced Research Co., Ltd., et al. v. Becerra, et al.*, No. 1:24-cv-00946-APM, ECF No. 19, at 2 (D.D.C. June 9, 2024) ("It is further ORDERED that the deadline for Defendants to respond to the Complaint shall be suspended pending the Court's resolution of the parties cross-motions for summary judgment."); *Jazz Pharm. Inc. v.*

*Becerra, et al.*, No. 1:23-cv-01819-APM, ECF No. 33, at 2 (D.D.C. Aug. 14, 2023) (similar);

*Sandoz Inc. v. Becerra, et. al.*, No. 1:21-cv-00600-DLF, ECF No. 9, at 2 (D.D.C. Apr. 8, 2021)

(similar). Should the Court's decision on the parties' cross-motions for summary

judgment resolve this matter, it will not be necessary for Federal Defendants to then file

an answer.

According, Federal Defendants respectfully request that this Court stay their

deadline to answer the Complaint until after the Court's resolution of the parties' cross-

motions for summary judgment. A proposed order is attached.

Dated: October 15, 2024                                Respectfully submitted,

Of Counsel:                                           BRIAN M. BOYNTON
                                                      Principal Deputy Assistant Attorney
SAMUEL R. BAGENSTOS                                   General
General Counsel
U.S. Department of Health and Human                   BURDEN H. WALKER
    Services                                          Acting Deputy Assistant Attorney
                                                      General
MARK RAZA
Chief Counsel                                         AMANDA L. LISKAMM
                                                      Director
WENDY VICENTE
Deputy Chief Counsel, Litigation                      HILARY K. PERKINS
                                                      Assistant Director
DANLI SONG
Associate Chief Counsel                               */s/ Noah T. Katzen*
Office of the Chief Counsel                           NOAH T. KATZEN
U.S. Food and Drug Administration                     Consumer Protection Branch
10903 New Hampshire Ave.                              Civil Division
White Oak 31                                          U.S. Department of Justice
Silver Spring, MD 20993-0002                          P.O. Box 386
                                                      Washington, DC  20044-0386
                                                      (202) 305-2428
                                                       (202) 514-8742 (fax)
                                                      Noah.T.Katzen@usdoj.gov

3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| LIQUIDIA TECHNOLOGIES, INC., <br><br>        *Plaintiff*, <br><br>   v. <br><br> FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br>        *Defendants*, <br> and <br><br> UNITED THERAPEUTICS CORPORATION, <br><br>        *Intervenor-Defendant* <br>        *and Cross-Claimant.* | No. 1:24-cv-02428-TJK |

**[Proposed] ORDER**

Before the Court is Federal Defendants' Unopposed Motion to Stay Answer Deadline. Having considered that motion, the Court finds good cause to grant the requested relief. The Court therefore GRANTS the motion and ORDERS that Federal Defendants' Answer Deadline by STAYED pending the Court's resolution of the parties cross-motions for summary judgment.

      SO ORDERED.

Dated: _____      _____
                                                           Hon. Timothy J. Kelly
                                                           United States District Judge