IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIQUIDIA TECHNOLOGIES, INC.,<br><br>    *Plaintiff*,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, ROBERT M. CALIFF, M.D., in his official capacity as COMMISSIONER OF FOOD AND DRUGS, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, XAVIER BECERRA, in his official capacity as SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>    *Defendants, and*<br><br>UNITED THERAPEUTICS CORP.,<br><br>    *Intervenor-Defendant* | Case No. 1:24-cv-2428-TJK |

## PUTATIVE INTERVENOR LIQUIDIA TECHNOLOGIES, INC.'S UNOPPOSED MOTION TO INTERVENE AS CROSS-DEFENDANT

Liquidia Technologies, Inc. ("Liquidia") respectfully moves to intervene as a cross-defendant to Intervenor-Defendant United Therapeutics Corporation's ("UTC") crossclaims in this action as a matter of right pursuant to Federal Rule of Civil Procedure 24(a)(2) or, alternatively, permissively under Federal Rule of Civil Procedure 24(b)(1)(B). As required by Federal Rule of Civil Procedure 24(c), Liquidia submits herewith the accompanying Memorandum of Points and Authorities in Support of this Motion, which states the grounds for intervention.

Pursuant to Local Civil Rule 7(m), Liquidia has contacted counsel for United

Therapeutics Corporation ("UTC") and the Commissioner of the U.S. Food and Drug Administration and the Secretary of Health and Human Services, in their official capacities, regarding this motion. UTC consents to the motion; the federal defendants take no position on the motion.

Dated:      November 4, 2024                    Respectfully submitted,

/s/ Bryan Killian
Bryan Killian (DC Bar No. 989803)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T: (202) 373-6191
F: (202) 739-3001
bryan.killian@morganlewis.com

## CERTIFICATE OF SERVICE

I certify that I caused a true and correct copy of the foregoing document to be served on all counsel of record via the CM/ECF system on November 4, 2024

/s/ Bryan Killian
Bryan Killian