IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIQUIDIA TECHNOLOGIES, INC.,<br><br>    *Plaintiff and Intervenor-Cross-Defendant*,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, ROBERT M. CALIFF, M.D., in his official capacity as COMMISSIONER OF FOOD AND DRUGS, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, XAVIER BECERRA, in his official capacity as SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>    *Defendants*,<br><br>and<br><br>UNITED THERAPEUTICS CORP.,<br><br>    *Intervenor-Defendant.* | No. 1:24-cv-2428-TJK |

## LIQUIDIA TECHNOLOGIES, INC.'S MOTION TO DISMISS UNITED THERAPEUTICS CORPORATION'S CROSSCLAIM

Plaintiff and Intervenor-Cross-Defendant Liquidia Technologies, Inc. ("Liquidia") moves to dismiss Intervenor Defendant United Therapeutics Corporation's ("UTC") crossclaims. In the memorandum of law accompanying this motion, Liquidia demonstrates that dismissal is warranted because (1) UTC hasn't been deprived of a 30-month stay; (2) the July Amendment was bundled appropriately; and (3) adequate remedies preclude UTC's APA claim. Liquidia requests a hearing on this dispositive motion.

Dated: November 15, 2024

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Bryan Killian
Bryan Killian (DC Bar No. 989803)
David B. Salmons (DC Bar No. 476299)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T: (202) 739-3000
F: (202) 739-3001
bryan.killian@morganlewis.com
david.salmons@morganlewis.com

*Counsel for Plaintiff and Intervenor-Cross-Defendant Liquidia Technologies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2024, I caused a true and correct copy of the foregoing to be served by CM/ECF on all counsel of record.

/s/ Bryan Killian
Bryan Killian
