# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIQUIDIA TECHNOLOGIES, INC.,<br><br>*Plaintiff and Intervenor-Cross-Defendant*,<br><br>v.<br><br>FOOD AND DRUG ADMIN., *et al.*,<br><br>*Defendants and Cross-Defendants,*<br><br>and<br><br>UNITED THERAPEUTICS CORPORATION,<br><br>*Intervenor-Defendant and Cross-Claimant.* | Case No. 1:24-cv-02428-TJK |

**Federal Defendants' Motion to Dismiss and for Relief from Local Rule 7(n)**

Federal Defendants hereby move this Court under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss United Therapeutics Corporation's crossclaims for lack of subject-matter jurisdiction and failure to state a claim upon which relief can be granted. The grounds for this motion are fully set forth in an accompanying memorandum.

In addition, pursuant to Local Rule 7(n) for the reasons set forth in the accompanying memorandum, Federal Defendants respectfully move that this Court waive Federal Defendants' obligation to produce the administrative record. Counsel for United Therapeutics Corporation and Liquidia Technologies, Inc., have informed undersigned counsel that they oppose the request for relief under Local Rule 7(n).

| | |
|---|---|
| November 15, 2024 | Respectfully submitted, |

OF COUNSEL:

SAMUEL BAGENSTOS
General Counsel
Department of Health and Human Services

MARK RAZA
Chief Counsel

WENDY S. VICENTE
Deputy Chief Counsel for Litigation

DANLI SONG
Associate Chief Counsel
Office of the Chief Counsel
U.S. Food and Drug Administration
10903 New Hampshire Avenue
Bldg. 32, Room 4397
Silver Spring, MD 20993

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BURDEN H. WALKER
Acting Deputy Assistant Attorney General

AMANDA N. LISKAMM
Director

LISA K. HSIAO
Senior Deputy Director

HILARY K. PERKINS
Assistant Director

*/s/ Noah T. Katzen*
NOAH T. KATZEN
Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC  20044-0386
(202) 305-2428
(202) 514-8742 (fax)
Noah.T.Katzen@usdoj.gov