UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIQUIDIA TECHNOLOGIES, INC.,<br><br>*Plaintiff and Intervenor-Cross-Defendant*,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>*Defendants*,<br><br>and<br><br>UNITED THERAPEUTICS CORPORATION,<br><br>*Intervenor-Defendant and Cross-Claimant.* | Case No. 1:24-cv-02428-TJK<br><br>Honorable Timothy J. Kelly |

## PLAINTIFF'S NOTICE OF CORRECTED BRIEF

Plaintiff Liquidia Technologies, Inc. ("Liquidia") respectfully submits this Notice to correct one word in Liquidia's Consolidated Opposition to Federal Defendants' Cross-Motion for Summary Judgment and Reply in Support of Its Renewed Motion for a Preliminary Injunction and Motion for Summary Judgment, ECF Nos. 63 & 64.  On page 30 of that filing, Liquidia incorrectly used the word "sought" instead of the correct word "received."  It is corrected in Attachment 1 to this Notice.  As corrected, the sentence now reads:  "The tension that FDA attempts to conjure is a red herring because Liquidia never received NCI exclusivity for INSPIRE."  Aside from correcting that word, Attachment 1 is identical to the version filed at ECF Nos. 63 & 64.

Dated:  November 26, 2024 　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:  */s/ Sonia W. Nath*
　　　　　　　　　　　　　　　　　　　　　　Sonia W. Nath (DC Bar No. 977095)
　　　　　　　　　　　　　　　　　　　　　　David E. Mills (DC Bar No. 401979)
　　　　　　　　　　　　　　　　　　　　　　Robby L.R. Saldaña (DC Bar No. 1034981)
　　　　　　　　　　　　　　　　　　　　　　Matt K. Nguyen (DC Bar No. 1736777)
　　　　　　　　　　　　　　　　　　　　　　COOLEY LLP
　　　　　　　　　　　　　　　　　　　　　　1299 Pennsylvania Ave., NW, Suite 700
　　　　　　　　　　　　　　　　　　　　　　Washington, DC  20004-2400
　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 842-7800
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 842-7899

　　　　　　　　　　　　　　　　　　　　　　snath@cooley.com
　　　　　　　　　　　　　　　　　　　　　　dmills@cooley.com
　　　　　　　　　　　　　　　　　　　　　　rsaldana@cooley.com
　　　　　　　　　　　　　　　　　　　　　　mnguyen@cooley.com


　　　　　　　　　　　　　　　　　　　　　　Kathleen R. Hartnett (DC Bar No. 483250)
　　　　　　　　　　　　　　　　　　　　　　COOLEY LLP
　　　　　　　　　　　　　　　　　　　　　　3 Embarcadero Center, 20th Floor
　　　　　　　　　　　　　　　　　　　　　　San Francisco, CA  94111-4004
　　　　　　　　　　　　　　　　　　　　　　Telephone: (415) 693-2000
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (415) 693-2222
　　　　　　　　　　　　　　　　　　　　　　khartnett@cooley.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Liquidia Technologies, Inc.*