AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Liquidia Technologies, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-02428-TJK |
| U.S. Food and Drug Administration, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Liquidia Technologies, Inc.                                                                        .

Date:  12/05/2024                                           /s/ Matt K. Nguyen
                                                                          *Attorney's signature*

                                                                   Matt K. Nguyen (Bar No. 1736777)
                                                                      *Printed name and bar number*

                                                                                 Cooley LLP
                                                              1299 Pennsylvania Ave., NW, Suite 700
                                                                     Washington, DC 20004-2400
                                                                                  *Address*

                                                                         mnguyen@cooley.com
                                                                              *E-mail address*

                                                                               (202) 728-7123
                                                                            *Telephone number*

                                                                               (202) 842-7899
                                                                                *FAX number*