UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIQUIDIA TECHNOLOGIES, INC.,<br><br>    *Plaintiff and Intervenor-Cross-Defendant,*<br><br>v.<br><br>FOOD AND DRUG ADMIN., *et al.*,<br><br>    *Defendants and Cross-Defendants,*<br><br>and<br><br>UNITED THERAPEUTICS CORPORATION,<br><br>    *Intervenor-Defendant and Cross-Claimant.* | Case No. 1:24-cv-02428-TJK |

**Order Granting Joint Motion to Clarify the Protective Order**

Before the Court is the parties' joint motion to clarify the Protective Order, in which the parties ask this Court to clarify that the Protective Order entered on September 13, 2024 (ECF No. 28) at the parties' request (ECF No. 27) applies to the administrative record that will be produced in connection with the crossclaims filed by United Therapeutics Corporation. Having considered the parties' joint motion and the September 13, 2024 Protective Order, the Court GRANTS the motion and CLARIFIES that the terms of that Protective Order apply to the administrative record that Federal Defendants will produce related to the pending crossclaims.

SO ORDERED.

DATED: __12/17/24__.

_____
Hon. Timothy J. Kelly
United States District Judge