# CERTIFICATE

Pursuant to the provisions of Rule 44 of the Federal Rules of Civil Procedure, I hereby certify that Robert Herrell, Regulatory Counsel, Division of Information Disclosure Policy, Office of Regulatory Policy, Center for Drug Evaluation and Research, United States Food and Drug Administration, whose Declaration is attached, has custody of the records relating to human drugs on file with the United States Food and Drug Administration.

In witness whereof, I have, pursuant to the provisions of Title 42, United States Code, Section 3505, and FDA Staff Manual Guide 1410.23, hereto set my hand and cause the seal of the Department of Health and Human Services to be affixed this 19th day of December, 2024.

*Howard R. Philips*

Howard Philips
Director
Division of Information Disclosure Policy
Center for Drug Evaluation and Research
United States Food and Drug Administration

By Direction of the Secretary of
Health and Human Services



**DECLARATION OF ROBERT HERRELL**

Robert Herrell declares as follows.

1. I am a Regulatory Counsel in the Division of Information Disclosure Policy, Office of Regulatory Policy, Center for Drug Evaluation and Research, United States Food and Drug Administration (FDA).

2. In this capacity, I have custody of certain records relating to human drugs on file with FDA.

3. Attached is a copy of the Index of Administrative Record for *Liquidia Technologies, Inc v. United States Food and Drug Administration, et al*., Civil Action No. 24-2428 (TJK) (D.D.C.) (Crossclaim).

4. Each of the documents referred to in paragraph 3 is part of the official records of FDA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 19, 2024

Robert R. Herrell -S
Digitally signed by Robert R. Herrell -S
Date: 2024.12.19 14:25:08 -05'00'

_____
Robert Herrell

# Index of Administrative Record
*Liquidia Technologies, Inc. v. United States Food and Drug Administration et al.*
Civ. Action No. 24-2428 (TJK) (D.D.C.) (Crossclaim)

| Date | Document Description | Bates Range |
|---|---|---|
| | **UTC and Liquidia Letter Exchange regarding Bundling; FDA Bundling Letter and Memorandum** | |
| 12/29/2023 | Letter from UTC to FDA re: Bundling | FDA-000001-000018 |
| 02/02/2024 | Letter from Liquidia to FDA re: Bundling and UTC's December 29, 2023 Letter | FDA-000019-000037 |
| | Exhibit 1 - FDA, Submitting Separate Marketing Applications and Clinical Data for Purposes of Assessing User Fees (Dec. 2004) | FDA-000038-000048 |
| | Exhibit 2 - Interim Guidance: Separate Marketing Applications and Clinical Data for Purposes of Assessing User Fees Under the User Fee Act of 1992 | FDA-000049-000057 |
| | Exhibit 3 - FDA, Manual of Policies and Procedures 6050.1 Rev. 2, p. 4 (Dec. 3, 2021) | FDA-000058-000066 |
| | Exhibit 4 - FDA Approval Letter for EMLA Anesthetic Disc, p. 1 (Feb. 4, 1988) | FDA-000067-000070 |
| | Exhibit 5 - Medical Reviews for Gonal-F (NDA 21-765), p. 5 (March 4, 2004) | FDA-000071-000085 |
| 02/12/2024 | Letter from UTC to FDA re: Bundling and Liquidia's February 2, 2024 Letter | FDA-000086-000103 |
| 02/13/2024 | Email from Liquidia to FDA | FDA-000104-000106 |
| 08/16/2024 | Memorandum to Yutrepia (treprostinil) Oral Inhalation (NDA 213005) File re: Supervisory Concurrence for Liquidia Technologies, Inc.'s Yutrepia (treprostinil) NDA 213005 to be amended as proposed on July 24, 2023, to add the PH-ILD indication | FDA-000107-000132 |
| 08/16/2024 | Letter from FDA to Liquidia re: Bundling | FDA-000133-000161 |
| 08/16/2024 | Letter from FDA to UTC re: Bundling | FDA-000162-000187 |
| | **Yutrepia NDA 213005 Documents** | |
| 01/24/2020 | Cover Letter re: NDA | FDA-000188-000189 |
| 01/24/2020 | Paragraph IV Certification from Liquidia | FDA-000190-000190 |
| 01/24/2020 | Form FDA 356h Application to Market a New or Abbreviated New Drug or Biologic for Human Use | FDA-000191-000195 |
| 01/2020 | Yutrepia Draft Label from Liquidia | FDA-000196-000213 |
| 04/27/2020 | PIV Notice Confirmation (Shipment No. 392211641741) | FDA-000214-000215 |
| 04/27/2020 | PIV Notice Confirmation (Shipment No. 392211371920) | FDA-000216-000217 |
| 04/27/2020 | PIV Notice Confirmation (Shipment No. 392211804731) | FDA-000218-000219 |
| 04/27/2020 | Confirmation of Paragraph IV Certification Notice | FDA-000220-000220 |
| 04/27/2020 | Letter from Liquidia to FDA re: Notice of Paragraph IV Certification Sent to the Patent Owner | FDA-000221-000221 |
| 09/16/2020 | Email from Liquidia to FDA re: PIV Notice Confirmations | FDA-000222-000226 |
| 09/23/2020 | Letter from Liquidia to FDA re: Notice of Paragraph IV Certification Sent to the Patent Owner | FDA-000227-000227 |
| 10/07/2020 | Liquidia Response to FDA Information Request | FDA-000228-000228 |

**Index of Administrative Record**
*Liquidia Technologies, Inc. v. United States Food and Drug Administration et al.*
Civ. Action No. 24-2428 (TJK) (D.D.C.) (Crossclaim)

| | | |
|---|---|---|
| 10/09/2020 | Paragraph IV Certification from Liquidia | FDA-000229-000229 |
| 10/09/2020 | PIV Notice Confirmation (Shipment No. 397634246735) | FDA-000230-000230 |
| 10/09/2020 | PIV Notice Confirmation (Shipment No. 397633801409) | FDA-000231-000231 |
| 10/09/2020 | PIV Notice Confirmation (Shipment No. 397634446064) | FDA-000232-000232 |
| 10/13/2020 | Letter from Liquidia to FDA re: Paragraph IV certification and Addition of New Patent | FDA-000233-000233 |
| 05/07/2021 | Letter from Liquidia to FDA re: Final Safety Update | FDA-000234-000234 |
| 06/21/2021 | Acknowledgement of Class 2 Resubmission | FDA-000235-000237 |
| 11/04/2021 | Letter from FDA to Liquidia re: Tentative Approval | FDA-000238-000274 |
| 05/25/2022 | Letter from FDA to Liquidia re: IND 129819 and Written Responses to Type B Pre-sNDA Meeting | FDA-000275-000283 |
| 07/23/2023 | Paragraph IV Certification from Liquidia | FDA-000284-000285 |
| 07/24/2023 | Letter from Liquidia to FDA re: Amendment | FDA-000286-000286 |
| 07/24/2023 | Form FDA 356h Application to Market a New or Abbreviated New Drug or Biologic for Human Use | FDA-000287-000291 |
| 07/24/2023 | Yutrepia Draft Labeling | FDA-000292-000306 |
| 07/24/2023 | Paragraph IV Certification from Liquidia | FDA-000307-000307 |
| 09/14/2023 | Email from FDA to Liquidia re: Liquidia's July 24, 2023 Submission | FDA-000308-000310 |
| 09/18/2023 | Email from FDA to Liquidia re: FDA's Information Request | FDA-000311-000312 |
| 09/22/2023 | Letter from Liquidia to FDA re: Agreed Initial Pediatric Study Plan | FDA-000313-000313 |
| 09/22/2023 | Acknowledgement of Class 2 Resubmission | FDA-000314-000317 |
| 09/27/2023 | Proof of Notice | FDA-000318-000318 |
| 09/28/2023 | Letter from FDA to Liquidia re: Agreed Initial Pediatric Study Plan | FDA-000319-000326 |
| 10/13/2023 | Paragraph IV Certification from Liquidia | FDA-000327-000327 |
| 10/27/2023 | Proof of Notice | FDA-000328-000328 |
| 11/24/2023 | Complete Response Letter from FDA to Liquidia | FDA-000329-000347 |
| 12/12/2023 | Letter from Liquidia to FDA re: Notification Regarding Paragraph IV Certification | FDA-000348-000348 |
| 12/12/2023 | Paragraph IV Certification | FDA-000349-000349 |
| 12/18/2023 | Letter from Liquidia to FDA re: Notification to UTC Pursuant to FDCA § 505(b)(3)(B) and 21 C.F.R. § 314.52 | FDA-000350-000350 |
| 12/18/2023 | Proof of Notice | FDA-000351-000351 |
| 03/05/2024 | Memorandum of January 18, 2024 Teleconference | FDA-000352-000357 |
| 08/16/2024 | Letter from FDA to Liquidia re: Tentative Approval | FDA-000358-000396 |
| | **Bortezomib NDA 209191 Documents** | |
| 06/30/2016 | Form FDA 356h Application to Market a New or Abbreviated New Drug or Biologic for Human Use | FDA-000397-000401 |
| 06/30/2016 | Annotated Labeling Excerpt (Original) | FDA-000402-000405 |
| 06/30/2016 | Letter to FDA re: Bortezomib NDA | FDA-000406-000409 |
| 06/30/2021 | Annotated Labeling Excerpt (Resubmission) | FDA-000410-000412 |
| 06/30/2021 | Letter to FDA re: Class 2 Resubmission | FDA-000413-000414 |

**Index of Administrative Record**
*Liquidia Technologies, Inc. v. United States Food and Drug Administration et al.*
Civ. Action No. 24-2428 (TJK) (D.D.C.) (Crossclaim)

| | | |
|---|---|---|
| 06/30/2021 | Summary of Changes | FDA-000415-000455 |
| 05/02/2022 | NDA Approval Letter | FDA-000456-000505 |
| | **Dexmedetomidine NDA 206628 Documents** | |
| 07/01/2014 | Draft Labeling Excerpt | FDA-000506-000508 |
| 07/01/2014 | Reviewer's Guide (Information Amendment) | FDA-000509-000510 |
| 07/15/2014 | Patent Certification Statement | FDA-000511-000511 |
| 01/21/2015 | Email from FDA re: NDA Amendment | FDA-000512-000514 |
| | **Fulvestrant NDA 210326 Documents** | |
| 08/31/2017 | Cover Letter re: Original NDA | FDA-000515-000521 |
| 08/31/2017 | Form FDA 356h Application to Market a New or Abbreviated New Drug or Biologic for Human Use | FDA-000522-000530 |
| 08/31/2017 | Annotated Labeling Excerpt | FDA-000531-000532 |
| 05/04/2018 | Letter to CDER re: Amendment | FDA-000533-000551 |
| 05/04/2018 | Form FDA 356h Application to Market a New or Abbreviated New Drug or Biologic for Human Use (Amendment) | FDA-000552-000559 |
| 05/04/2018 | Annotated Labeling Excerpt | FDA-000560-000561 |
| 03/20/2019 | Annotated Labeling Amendment Excerpt | FDA-000562-000563 |
| 03/20/2019 | Cover Letter re: Request for Final Approval | FDA-000564-000572 |
| 04/29/2019 | Letter to FDA re: Labeling Comments and Information Request and Patent Amendment Proof of Notice | FDA-000573-000625 |
| 04/29/2019 | Form FDA 356h Application to Market a New or Abbreviated New Drug or Biologic for Human Use (Amendment) | FDA-000626-000634 |
| 04/29/2019 | Annotated Labeling Amendment Excerpt | FDA-000635-000636 |
| 05/20/2019 | NDA Approval Letter | FDA-000637-000695 |
| | **Paclitaxel NDA 211875 Documents** | |
| 08/29/2018 | Cover Letter re: Original NDA | FDA-000696-000700 |
| 08/29/2018 | Annotated Labeling Original Excerpt | FDA-000701-000702 |
| 08/29/2018 | Form FDA 356h Application to Market a New or Abbreviated New Drug or Biologic for Human Use | FDA-000703-000710 |
| 03/02/2020 | Form FDA 356h Application to Market a New or Abbreviated New Drug or Biologic for Human Use (Amendment) | FDA-000711-000719 |
| 03/02/2020 | Cover Letter re: Amendment | FDA-000720-000722 |
| 03/2020 | Annotated Labeling Amendment Excerpt | FDA-000723-000725 |
| 07/27/2022 | NDA Approval Letter | FDA-000726-000756 |
| | **Paclitaxel NDA 216338 Documents** | |
| 09/30/2021 | Cover Letter re: Original NDA | FDA-000757-000769 |
| 09/30/2021 | Annotated Labeling Original Excerpt | FDA-000770-000770 |
| 09/30/2021 | Form FDA 356h Application to Market a New or Abbreviated New Drug or Biologic for Human Use | FDA-000771-000777 |
| 12/08/2022 | Cover Letter re: Class 1 Resubmission | FDA-000778-000779 |
| 12/08/2022 | Annotated Labeling Amendment Excerpt | FDA-000780-000782 |
| 12/08/2022 | Form FDA 356h Application to Market a New or Abbreviated New Drug or Biologic for Human Use (Amendment) | FDA-000783-000790 |
| 05/11/2023 | NDA Approval Letter | FDA-000791-000828 |

# Index of Administrative Record
*Liquidia Technologies, Inc. v. United States Food and Drug Administration et al.*
Civ. Action No. 24-2428 (TJK) (D.D.C.) (Crossclaim)

| | **Romidepsin NDA 208574 Documents** | |
|---|---|---|
| 08/18/2015 | Cover Letter re: Original NDA | FDA-000829-000832 |
| 08/18/2015 | Form FDA 356h Application to Market a New or Abbreviated New Drug or Biologic for Human Use | FDA-000833-000838 |
| 08/2015 | Annotated Labeling Original Excerpt | FDA-000839-000840 |
| 05/29/2019 | Letter to FDA re: Amendment | FDA-000841-000845 |
| 05/29/2019 | Form FDA 356h Application to Market a New or Abbreviated New Drug or Biologic for Human Use (Amendment) | FDA-000846-000853 |
| 05/29/2019 | Annotated Labeling Amendment Excerpt | FDA-000854-000855 |
| 11/04/2019 | Letter from FDA re: Complete Response | FDA-000856-000861 |
| 03/13/2020 | NDA Approval Letter | FDA-000862-000885 |
| 03/13/2020 | NDA Accelerated Approval Letter | FDA-000886-000909 |
| | **Tyvaso NDA 022387 Documents** | |
| 07/30/2009 | NDA Approval Letter | FDA-000910-000916 |
| 05/18/2018 | Letter From UTC to FDA re: Request to Delist Patent | FDA-000917-000919 |
| 07/21/2020 | Form FDA 3542 ('793 Patent) | FDA-000920-000924 |
| 03/31/2021 | Letter to UTC re: Supplement Approval | FDA-000925-000928 |
| 11/28/2023 | Form FDA 3542 ('327 Patent) | FDA-000929-000933 |
| | **Guidance and Draft Guidance Documents** | |
| 07/12/1993 | Interim Guidance: Separate Marketing Applications and Clinical Data for Purposes of Assessing User Fees Under the User Fee Act of 1992 | FDA-000934-000942 |
| 10/1999 | Draft Guidance for Industry: Applications Covered by Section 505(b)(2) | FDA-000943-000957 |
| 12/2000 | Draft Guidance for Industry: Submitting Separate Marketing Applications and Clinical Data for Purposes of Assessing User Fees | FDA-000958-000967 |
| 12/2004 | Guidance for Industry: Submitting Separate Marketing Applications and Clinical Data for Purposes of Assessing User Fees | FDA-000968-000977 |
| 04/2005 | Guidance for Review Staff and Industry: Good Review Management Principles and Practices for PDUFA Products | FDA-000978-001012 |
| 04/2022 | Guidance for Industry: Bioavailability Studies Submitted in NDAs or INDs | FDA-001013-001045 |
| | **Miscellaneous Documents** | |
| 06/21/1984 | Drug Price Competition and Patent Term Restoration Act of 1984 (House Report 98-857) | FDA-001046-001121 |
| 10/14/2003 | FDA Citizen Petition Response re: Docket Nos. 2001P-0323/CP1 & C5, 2002P-0447/CP1, and 2003P-0408/CP1 | FDA-001122-001159 |
| 11/25/2003 | Congressional Floor Statement (149 Cong. Rec. 31780) and House Report (108-391) | FDA-001160-001194 |
| 05/19/2006 | Memorandum of Teleconference Minutes (Aptivus) | FDA-001195-001197 |

**Index of Administrative Record**
*Liquidia Technologies, Inc. v. United States Food and Drug Administration et al.*
**Civ. Action No. 24-2428 (TJK) (D.D.C.) (Crossclaim)**

| Date | Description | Bates |
|---|---|---|
| 05/30/2006 | FDA Citizen Petition Response re: Docket Nos. 2004P-0231/CP1 and SUP1, 2003P-0176/CP1 and EMC1, 2004P-0171/CP1, and 2004N-0355 | FDA-001198-001250 |
| 06/19/2008 | Cross Discipline Team Leader Review (Aptivus) | FDA-001251-001266 |
| 06/23/2008 | NDA Approval Letter (Aptivus) | FDA-001267-001271 |
| 12/11/2018 | Memorandum to File re: Supervisory Concurrence to Amend NDA to Add a New Indication (Pemetrexed) | FDA-001272-001273 |
| 06/04/2020 | RPM Filing Review Form | FDA-001274-001283 |
| 03/25/2021 | Proprietary Name Review (Jemperli BLA) | FDA-001284-001308 |
| 08/13/2021 | Multidisciplinary Review (Jemperli BLA) | FDA-001309-001465 |
| 08/19/2021 | Commitment Letter: PDUFA VII Reauthorization Performance Goals and Procedures (Fiscal Years 2023 Through 2027) | FDA-001466-001536 |
| 07/28/2022 | Letter to Amgen, Inc. re: Meeting Minutes (ABP 654) | FDA-001537-001544 |
| 12/08/2022 | Manual Of Policies and Procedures – NDA Classification Codes | FDA-001545-001554 |