IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIQUIDIA TECHNOLOGIES, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, ROBERT M. CALIFF, M.D., in his official capacity as COMMISSIONER OF FOOD AND DRUGS, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, and XAVIER BECERRA, in his official capacity as SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>*Defendants*, and<br><br>UNITED THERAPEUTICS CORP.,<br><br>*Intervenor-Defendant and Cross-Claimant.* | Case No. 1:24-cv-2428-TJK<br><br>**ORAL ARGUMENT REQUESTED** |

**MOTION BY UNITED THERAPEUTICS CORP. FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7(h)(2), Cross-Claimant United Therapeutics Corp. (UTC) respectfully requests that this Court grant UTC's motion for summary judgment on its cross-claim and enter an order vacating FDA's decision accepting Liquidia Technologies Inc.'s PH-ILD amendment adding a new indication for review.

For the reasons set forth in UTC's accompanying Memorandum in Support of its Motion for Summary Judgment, FDA's decision was arbitrary and capricious, and this Court should accordingly grant UTC's motion for summary judgment and enter an order vacating FDA's decision.

1

January 17, 2025                                        Respectfully submitted.

|  |  |
|---|---|
| Shaun R. Snader (D.C. Bar No. 492231)<br>UNITED THERAPEUTICS CORPORATION<br>1735 Connecticut Ave. NW, 2nd Floor<br>Washington, DC 20009<br>(202) 304-1701<br><br>Douglas Carsten (admitted *pro hac vice*)<br>Art Dykhuis (admitted *pro hac vice*)<br>MCDERMOTT WILL & EMERY LLP<br>18565 Jamboree Road, Suite 250<br>Irvine, CA 92615<br>(949) 851-0633<br><br>Adam W. Burrowbridge (D.C. Bar No. 1001783)<br>MCDERMOTT WILL & EMERY LLP<br>500 North Capitol Street, NW<br>Washington, DC 20001<br>(202) 756-8797 | /s/ *Brian T. Burgess*<br>William C. Jackson (D.C. Bar. No. 475200)<br>William M. Jay (D.C. Bar No. 480185)<br>Brian T. Burgess (D.C. Bar No. 1020915)<br>GOODWIN PROCTER LLP<br>1900 N Street, NW<br>Washington, DC 20001<br>(202) 346-4000<br><br>Kurt R. Karst (D.C. Bar No. 482615)<br>Michael D. Shumsky (D.C. Bar No. 495078)<br>Sara Wexler Koblitz (D.C. Bar No. 1017284)<br>HYMAN, PHELPS & MCNAMARA, P.C.<br>700 13th Street, NW, Suite 1200<br>Washington, DC 20005<br>(202) 737-5600<br><br>*Counsel for United Therapeutics Corporation* |

## CERTIFICATE OF SERVICE

      Pursuant to LCvR 5.3, I hereby certify that, on January 17, 2025, I electronically filed the foregoing motion and all attachments with the Clerk of the Court of the U.S. District Court for the District of Columbia by using the Court's CM/ECF system. All participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

January 17, 2025                              Respectfully submitted.

                                                /s/ *Brian T. Burgess*
                                                Brian T. Burgess