## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIQUIDIA TECHNOLOGIES, INC., | |
| *Plaintiff and Intervenor-Cross-Defendant,* | |
| v. | |
| FOOD AND DRUG ADMIN., *et al.,* | Case No. 1:24-cv-02428-TJK |
| *Defendants and Cross-Defendants,* | |
| and | |
| UNITED THERAPEUTICS CORPORATION, | |
| *Intervenor-Defendant and Cross-Claimant.* | |

## JOINT MOTION FOR ENTRY OF SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7, the parties jointly move for the entry of an order setting a schedule for briefing and argument of United Therapeutics Corporation's pending Motion for Summary Judgment and Federal Defendants' and Liquidia Technologies, Inc.'s forthcoming cross-motions for summary judgment:

- Federal Defendants and Liquidia shall file their combined cross-motions for summary judgment and oppositions to United Therapeutics' Motion for Summary Judgment no later than **February 27, 2025**.

- United Therapeutics shall file its combined reply in support of its Motion for Summary Judgment and opposition to Federal Defendants' and Liquidia's cross-motions for summary judgment no later than **March 20, 2025**.

- Federal Defendants and Liquidia shall file their replies in support of their cross-motions for summary judgment no later than **April 10, 2025**.

- The parties shall file a Joint Appendix containing the portions of the Administrative Record relied upon by any party no later than **April 14, 2025**. United Therapeutics shall take the lead on preparing the Joint Appendix.

The parties also request that, subject to the Court's availability, the Court set a date for oral argument in April 2025. Lead counsel for each party is available for argument on any day in April after April 23, 2025.

A proposed order is attached.

January 27, 2025                                    Respectfully submitted,

_/s/ Bryan Killian_                                    _/s/ Noah T. Katzen_
Bryan Killian (DC Bar No. 989803)          NOAH T. KATZEN
MORGAN, LEWIS & BOCKIUS LLP              Trial Attorney
1111 Pennsylvania Avenue, NW               Consumer Protection Branch
Washington, DC 20004                          Civil Division
T: (202) 739-3000                               U.S. Department of Justice
F: (202) 739-3001                               P.O. Box 386
bryan.killian@morganlewis.com              Washington, DC  20044-0386
                                                     (202) 305-2428
_Attorney for Liquidia Technologies, Inc._     (202) 514-8742 (fax)
                                                     Noah.T.Katzen@usdoj.gov
_/s/ Brian T. Burgess_
Brian T. Burgess (D.C. Bar No. 1020915)    _Attorney for Federal Defendants_

GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
(202) 346-4000

*Attorney for United Therapeutics
Corporation*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIQUIDIA TECHNOLOGIES, INC.,<br><br>*Plaintiff and Intervenor-<br>Cross-Defendant*,<br><br>v.<br><br>FOOD AND DRUG ADMIN., *et al.*,<br><br>*Defendants and Cross-<br>Defendants*,<br><br>and<br><br>UNITED THERAPEUTICS<br>CORPORATION,<br><br>*Intervenor-Defendant<br>and Cross-Claimant.* | Case No. 1:24-cv-02428-TJK |

## [PROPOSED] ORDER

Pursuant to the parties' agreement, it is ORDERED that the parties shall adhere to the following agreed-upon schedule:

- Federal Defendants and Liquidia shall file their combined cross-motions for summary judgment and oppositions to United Therapeutics' Motion for Summary Judgment no later than **February 27, 2025**.

- United Therapeutics shall file its combined reply in support of its Motion for Summary Judgment and opposition to Federal Defendants' and Liquidia's cross-motions for summary judgment no later than **March 20, 2025**.

- Federal Defendants and Liquidia shall file their replies in support of their cross-motions for summary judgment no later than **April 10, 2025**.

- The parties shall file a Joint Appendix containing the portions of the Administrative Record relied upon by any party no later than **April 14, 2025**. United Therapeutics shall take the lead on preparing the Joint Appendix.


DATE: _____


_____
HON. TIMOTHY J. KELLY
United States District Judge