# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIQUIDIA TECHNOLOGIES, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> FOOD AND DRUG ADMINISTRATION et al., <br><br> *Defendants*, <br><br> v. <br><br> UNITED THERAPEUTICS CORPORATION, <br><br> *Intervenor-Defendant*. | Civil Action No. 24-2428 (TJK) |

## ORDER

For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby

**ORDERED** that Liquidia Technologies, Inc's, Motion for Summary Judgment, ECF No. 33, is **DENIED**. It is further

**ORDERED** that the Federal Defendants' Cross-Motion for Summary Judgment, ECF No. 47, and United Therapeutics Corporation's Cross-Motion for Summary Judgment, ECF No. 45, are **GRANTED**. It is further

**ORDERED** that Liquidia Technologies, Inc's, Renewed Motion for a Preliminary Injunction, ECF No. 33, is **DENIED AS MOOT**.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: February 27, 2025