## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIQUIDIA TECHNOLOGIES, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>*Defendants*,<br><br>and<br><br>UNITED THERAPEUTICS CORPORATION,<br><br>*Intervenor-Defendant and Cross-Claimant*. | Civ. No. 1:24-cv-02428 (TJK) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, effective immediately, the mailing address and telephone number for Douglas Carsten and Art Dykhuis of MCDERMOTT WILL & EMERY LLP, attorneys for United Therapeutics Corporation have changed. All pleadings, notices, correspondence, and other documents should be addressed as follows:

> Douglas Carsten
> Art Dykhuis
> MCDERMOTT WILL & EMERY LLP
> 12636 High Bluff Drive, Suite 325
> San Diego CA 92130-7025
> (619) 467-1801

Dated: April 10, 2025

Respectfully submitted,

*/s/ Adam W. Burrowbridge*
Adam W. Burrowbridge (D.C. Bar No. 1001783)
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8797
aburrowbridge@mwe.com

*Counsel for United Therapeutics Corporation*

## PROOF OF SERVICE

I hereby certify that on April 10, 2025, the foregoing notice was served on all parties or their counsel of record through the CM/ECF system.

Dated: April 10, 2025

Respectfully submitted,

*/s/ Adam W. Burrowbridge*
Adam W. Burrowbridge (D.C. Bar No. 1001783)
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8797
aburrowbridge@mwe.com

*Counsel for United Therapeutics Corporation*