IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIQUIDIA TECHNOLOGIES, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, ROBERT M. CALIFF, M.D., in his official capacity as COMMISSIONER OF FOOD AND DRUGS, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, XAVIER BECERRA, in his official capacity as SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>*Defendants*, and<br><br>UNITED THERAPEUTICS CORP.,<br><br>*Intervenor-Defendant and Cross-Claimant.* | No. 1:24-cv-2428-TJK |

**[PROPOSED] ORDER GRANTING UTC'S MOTION
FOR A TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY
INJUNCTION**

Upon consideration of Cross-Claimant United Therapeutics Corporation's (UTC) Motion for a Temporary Restraining Order and/or Preliminary Injunction, it is hereby **ORDERED** that UTC's motion is **GRANTED**.

The Federal Defendants are hereby **ENJOINED** from approving the amended section 505(b)(2) New Drug Application No. 213005 of Liquidia Technologies, Inc. for treprostinil inhalation powder pending further proceedings in this Court.

Dated: _____

_____
U.S. District Judge Timothy J. Kelly

1

**NAME AND ADDRESS OF PARTIES ENTITLED TO BE NOTIFIED OF THIS ORDER:**

U.S. FOOD AND DRUG ADMINISTRATION, ROBERT M. CALIFF, M.D., in his official capacity as COMMISSIONER OF FOOD AND DRUGS, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, XAVIER BECERRA, in his official capacity as SECRETARY OF HEALTH AND HUMAN SERVICES:

>**Noah T. Katzen**
>U.S. DEPARTMENT OF JUSTICE
>450 5th St., N.W.
>Washington, DC 20530
>(202) 305-2428
>Email: noah.t.katzen@usdoj.gov

LIQUIDIA TECHNOLOGIES, INC.

>**Bryan M. Killian**
>MORGAN, LEWIS & BOCKIUS LLP
>1111 Pennsylvania Avenue, NW
>Washington, DC 20004-2541
>202-739-3000
>Fax: 202-739-3001
>Email: bryan.killian@morganlewis.com

>**David B. Salmons**
>MORGAN, LEWIS & BOCKIUS LLP
>1111 Pennsylvania Avenue, NW
>Washington, DC 20004
>202-739-3000
>Fax: 202-739-3001
>Email: david.salmons@morganlewis.com

>**Kathleen Roberta Hartnett**
>COOLEY LLP
>3 Embarcadero Center
>20th Floor
>San Francisco, CA 94111-4004
>415-693-2071
>Email: khartnett@cooley.com

>**David E. Mills**
>COOLEY LLP
>1299 Pennsylvania Avenue, NW
>Suite 700
>Washington, DC 20004
>(202) 842-7800
>Fax: (202) 842-7899
>Email: dmills@cooley.com

**Sonia Wadhwa Nath**
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
202-842-7800
Fax: 202-842-7899
Email: snath@cooley.com

**Sanya Sukduang**
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
202-842-7800
Email: ssukduang@cooley.com